Cause Number: H-11-3851

Style: Herrera v. Utilimap Corp.

Appearances:

| Counsel: | Representing: |
|---|---|
| Joe Williams | Plaintiffs |
| Flyn Flesher | Defendants |
| Stewart Hoffer | |

Date: February 3, 2012

Reporter: K. Metzger

Law Clerk: D. Snyder

Time: ___/___ a.m.
3:05 / 3:20 p.m.

## HEARING
## MINUTES AND ORDER

At the hearing the following rulings were made:

[3] Defendant's Motion to Dismiss and Compel Arbitration (Docket Entry No. 3) is DENIED without prejudice, for the reasons stated on the record.

A docket control order was ENTERED.

The Clerk will file the Minutes and Order and provide copies to the parties.

Sim Lake
United States District Judge