IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDUARDO HERRERA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:11-cv-3851 |
| | § | |
| UTILIMAP CORPORATION, et al, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pursuant to the parties' Joint Stipulation of Dismissal with Prejudice, it is **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

SIGNED this 1st day of April, 2013.

Nancy K. Johnson
UNITED STATES MAGISTRATE JUDGE